DANIEL A. MASON, Respondent, *v.* NEW YORK PRODUCE
EXCHANGE, Appellant.

*Mason* v. *New York Produce Exchange*, 127 App. Div. 282, affirmed.
(Submitted October 14, 1909; decided October 29, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 17, 1908, reversing a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term and granting a new trial in an action to recover
for an alleged breach of contract of employment.

*William H. Wadhams* and *Marshal C. Bacon* for appellant.

*Charles Green Smith* and *John Willett* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE NATIONAL PARK BANK OF NEW YORK, Respondent, *v.*
PHILIP S. SAITTA, Appellant.

*National Park Bank* v. *Saitta*, 127 App. Div. 624, affirmed.
(Argued October 14, 1909; decided October 29, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered July
8, 1908, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial
in an action to recover upon a draft.

*George A. Baker*, *Albert A. Wray* and *Philip S. Saitta*
for appellant.

*Charles H. Payne* and *Louis F. Doyle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.